UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROMAN CAMACHO MARTINEZ,                    1:09-CV-01291-AWI-JMD  (HC)

      Petitioner,                           ORDER DENYING PETITIONER'S SECOND
                                               MOTION FOR APPOINTMENT OF COUNSEL
   vs.

WARDEN, AVENAL STATE PRISON,               (DOCUMENT # 19)

      Respondent.

_____/

      On September 7, 2010, Petitioner requested the appointment of counsel.  Petitioner had previous filed a motion for the appointment of counsel on September 3, 2010, which the Court had denied.

      There currently exists no absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.

      Petitioner has not presented any new argument to justify the appointment of counsel. The Court does not find that the interests of justice require the appointment of counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel is denied.

IT IS SO ORDERED.

**Dated:   September 16, 2010**          _____/s/ John M. Dixon_____
                               UNITED STATES MAGISTRATE JUDGE